IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY JACKSON, #245389, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:12-CV-953-TFM ) [WO] |
| GELET FRAZIER, et al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is the

ORDER, JUDGMENT and DECREE of this court that this case be DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this action.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 2nd day of April, 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE